UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. ) <br> as Broadcast Licensee of the February 3, ) <br> 2007, UFC #67 Program, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER LACKMEYER, individually ) <br> and as member and/or manager of Play by ) <br> Play, L.L.C. d/b/a Play by Play, *et al*., ) <br> ) <br> Defendants. ) | Case No.  CIV-09-96-D |

## **O R D E R**

This matter comes before the Court on Plaintiff's Motion for Default Judgment Against Defendants Lackmeyer and Play by Play [Doc. No. 10]. The Clerk has entered the default of Defendant Christopher Lackmeyer, individually and as member and/or manager of Play by Play, LLC, and Play by Play, LLC d/b/a Play by Play.

Plaintiff moves for a judgment by default on its Complaint, which asserts claims for unauthorized publication and use of a February 3, 2007, television broadcast in violation of the Communications Act of 1934 as amended, 47 U.S.C. § 605 *et seq.*; the Cable and Television Consumer Protection and Competition Act of 1992 as amended, 47 U.S.C. § 553 *et seq.*; and common law (conversion). Plaintiff seeks statutory and compensatory damages, including enhanced damages for alleged willful violations, attorney's fees and costs.  Although the Motion is accompanied by a supporting brief and factual materials, Plaintiff does not specify in its Motion, brief, or proposed judgment the amount of damages sought for each asserted claim.  Plaintiff simply requests the maximum amounts that may be recovered under each statute and a range of damages ($800.00 to $2,600.00) for conversion.  The Motion also does not reflect service on Defendants.

IT IS THEREFORE ORDERED that Plaintiff shall file a supplement to its Motion stating a requested amount of damages for each claim and the factual basis of the amounts sought. In addition, Plaintiff shall show service of the Motion and the supplement by regular mail addressed to the defendants against whom a judgment is requested. These filings shall be made within ten (10) days of the date of this Order.

IT IS SO ORDERED this 14th day of May, 2009.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE